**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARLON WESLEY MCNEILL,**

**Plaintiff,**

**v.** **Case No. 4:25-cv-454-TKW-MJF**

**RICKY DIXON, et al.,**

**Defendants.**
__________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 28) and Plaintiff's objections (Doc. 29). Upon de novo review of the issues raised in the objections, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders.

The Court did not overlook Plaintiff's assertion that he "complied with all court orders," but that assertion is refuted by the record summarized by the magistrate judge in the R&R. Indeed, the record reflects that Plaintiff has been given repeated opportunities to file a proper complaint (and multiple extensions of time to do so) but he repeatedly failed to use the correct form and his most recent filing did not cure the deficiencies identified by the magistrate judge in multiple orders.

The Court also did not overlook Plaintiff's assertion that the prison is "not sending out [his] mail." However, even if that is true, it does not save this case from dismissal because the problem here is not that the Court did not receive filings from Plaintiff but that the filings that were received did not comply with applicable rules and the magistrate judge's orders.

Accordingly, it is ORDERED that:

1. The R&R is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice based on Plaintiff's failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**